*E-Filed: September 24, 2014*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WEBPASS INC., | No. C14-02291 HRL |
|       Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| AFTAB BANTH; et al., | |
|       Defendants. | |

A case management conference is set for September 30, 2014. Defendants have not yet been served. Plaintiff has filed a Motion for Order Authorizing Service of Summons and Complaint by Publication, which is set for a hearing on October 21, 2014. Dkt. No. 10. Accordingly, the case management conference is continued to **December 23, 2014, at 10:00 a.m.** in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113.

**IT IS SO ORDERED.**

Dated: September 24, 2014

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C14-02291 HRL** N**otice will be electronically mailed to:**

James Edward Doroshow     jdoroshow@foxrothschild.com, jochoa@foxrothschild.com

Jeffrey Stephen Kravitz     jskravitz@foxrothschild.com, clebrane@foxrothschild.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**