United States District Court
For the Northern District of California

***E-Filed: October 21, 2014***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

WEBPASS INC.,

Plaintiff,

v.

AFTAB BANTH; et al.,

Defendants.

_______________________________________/

No. C14-02291 HRL

**ORDER CONTINUING HEARING ON MOTION FOR ORDER AUTHORIZING SERVICE OF SUMMONS AND COMPLAINT BY PUBLICATION TO DECEMBER 16, 2014**

**ORDER GRANTING EXTENSION OF TIME IN WHICH TO COMPLETE SERVICE**

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO FEBRUARY 24, 2015**

A hearing on Plaintiff's motion for an order authorizing service of summons and complaint by publication, Dkt. No. 10, was held on October 21, 2014. For the reasons stated at the hearing, the hearing is continued to December 16, 2014, at 10:00 a.m. Plaintiff may file an application for limited early discovery to determine Defendants' locations.

Plaintiff requests an extension of time in which to complete service. Federal Rule of Civil Procedure 4(m) requires a plaintiff to serve a defendant within 120 days after filing the complaint. If a plaintiff shows good cause for the failure to serve, however, the Court must extend the time for service. Fed. R. Civ. P. 4(m). Good cause exists where the plaintiff has attempted to serve a

United States District Court
For the Northern District of California

defendant, was confused about the requirements for service of process, or was prevented from serving a defendant because of events outside of its control. *See Wei v. State of Hawaii*, 763 F.2d 370, 372 (9th Cir.1985). Good cause exists here, as Plaintiff has made several attempts to serve Defendants. Plaintiff is granted until January 20, 2015 to complete service of process on Defendants.

The case management conference, currently set for December 23, 2014, is continued to February 24, 2015, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: October 21, 2014

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

United States District Court
For the Northern District of California

**C14-02291 HRL Notice will be electronically mailed to:**

Bonnie Jean Wolf bonniewolf@iplg.com

James Edward Doroshow jdoroshow@foxrothschild.com, jochoa@foxrothschild.com

Jeffrey Stephen Kravitz jskravitz@foxrothschild.com, clebrane@foxrothschild.com

Otto Oswald Lee olee@iplg.com, patent_docket@iplg.com, tm_docket@iplg.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**