*E-Filed: December 18, 2014*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WEBPASS INC., <br><br> Plaintiff, <br> v. <br> AFTAB BANTH; et al., <br><br> Defendants. <br> _____/ | No. C14-02291 HRL <br><br> **ORDER GRANTING WEBPASS INC.'S MOTION FOR EARLY DISCOVERY** <br><br> **ORDER GRANTING EXTENSION OF TIME IN WHICH TO COMPLETE SERVICE** <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO APRIL 14, 2015** <br><br> **[Re: Docket No. 21]** |

Webpass Inc. sues Aftab Banth, Rick Peters, and Squareplanet LLC for trade secret misappropriation and related claims. On November 7, 2014, Webpass filed a motion for early discovery of Banth. Dkt. No. 21. Banth has filed a statement of non-opposition. Dkt. No. 23. A hearing was held on December 16, 2014.

Webpass requests leave to take early discovery of Banth for the purpose of: (1) obtaining the current address of Peters; and (2) obtaining the names and addresses of persons who are authorized to accept service of process on behalf of Squareplanet. Based on the moving and responding papers, as well as the arguments presented at the hearing on December 16, 2014, Webpass's motion for early discovery is granted.

Plaintiff is granted until March 17, 2015 to complete service of process on Defendants. The case management conference, currently set for February 24, 2015, is continued to April 14, 2015, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated:  December 18, 2014

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C14-02291 HRL** Notice will be electronically mailed to:

Bonnie Jean Wolf     bonniewolf@iplg.com

James Edward Doroshow     jdoroshow@foxrothschild.com, jochoa@foxrothschild.com

Jeffrey Stephen Kravitz     jskravitz@foxrothschild.com, clebrane@foxrothschild.com

Otto Oswald Lee     olee@iplg.com, patent_docket@iplg.com, tm_docket@iplg.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**